IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | | |
|---|---|---|
| JANE DOE , | ) | **NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)** |
| Plaintiff(s) | ) | |
| v. | ) | |
| | ) | |
| BARD COLLEGE, a Non-Profit Educational Institution, | ) | Case No.: 7:22-cv-07258-CS |
| Defendant(s) | ) | |

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the plaintiff(s) __ANN SEATON__ and or their counsel(s), hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice against the defendant(s) __BARD COLLEGE__.

Date:

_____
*Signature of plaintiffs or plaintiff's counsel*

332 San Anselmo Ave,
*Address*

San Anselmo, CA 94960
*City, State & Zip Code*

415-322-9615
*Telephone Number*