# EXHIBIT A



Sabrina Grislis <sabrina@civilrightsca.com>

## Activity in Case 7:22-cv-07258-CS Doe v. Bard College Oral Argument
1 message

**NYSD_ECF_Pool@nysd.uscourts.gov** <NYSD_ECF_Pool@nysd.uscourts.gov>                                                 Tue, Dec 6, 2022 at 10:12 AM
To: CourtMail@nysd.uscourts.gov

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro
se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access
fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is
a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Southern District of New York

### Notice of Electronic Filing

The following transaction was entered on 12/6/2022 at 1:12 PM EST and filed on 12/5/2022
**Case Name:**        Doe v. Bard College
**Case Number:**      7:22-cv-07258-CS
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Minute Entry for proceedings held before Judge Cathy Seibel: Bench Ruling held on 12/5/2022 re: [8] MOTION to Seal filed
by Jane Doe. For the reasons stated on the record, the Court DENIES the motion. The Clerk is directed to terminate the
Motion (Doc # 8). Plaintiff is directed to file Complaint that redacts what is proposed in the November 21, 2022 letter and to
add the Plaintiff's name. The parties are directed to meet and confer regarding any further redactions, and if the
Defendant(s) or Third Parties want to make a motion, then they need to follow the necessary protocols. See transcript.
Motion(s) terminated: [8] MOTION to Seal filed by Jane Doe. (Court Reporter Darby Ginsberg) (wc)

**7:22-cv-07258-CS Notice has been electronically mailed to:**

Christopher Edward Buckey     cbuckey@cullenllp.com, aweismann@cullenllp.com, kcrawford@woh.com, kgoodroe@cullenllp.com,
lhammont@cullenanddykman.com

Nicholas John Faso     nfaso@cullenllp.com, kgoodroe@cullenllp.com

Avery Phillips Gilbert     avery@agilbertlaw.com, kira@civilrightsca.com, larry@civilrightsca.com, sabrina@civilrightsca.com

Zarrina Ozari     zarrina@civilrightsca.com, zarrinaozari@gmail.com

Timothy Chorba     tchorba@cullenllp.com

Seema Rambaran     srambaran@cullenllp.com

Kira Elizabeth Brekke     kira@civilrightsca.com

Lawrence Organ     larryaorgan@gmail.com

**7:22-cv-07258-CS Notice has been delivered by other means to:**